**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 5, 2009

Clerk, U.S. Bankruptcy Court

RE: John H. Kyle
   Bankruptcy Case No. 1-05-05157
   Unclaimed Funds For: Bank of New York
                       PO Box 6042
                       Mount Vernon NY 10558

Dear Clerk:

Enclosed herewith please find check No.748737 for $2,407.00 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager